# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WESLEY S. RICKS

NO. 2025 KW 1365

**MAY 4, 2026**

---

In Re:    Wesley S. Ricks, applying for supervisory writs, 20th Judicial District Court, Parish of West Feliciana, No. 25-WCR-642.

---

**BEFORE:    MILLER, EDWARDS, AND FIELDS, JJ.**

**WRIT APPLICATION DISMISSED.**    The writ application is dismissed at relator's request.

**SMM**
**BDE**
**WEF**


COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT